RE: STROBLE, Ricky Lee

TR CT 07-03-12326-B

WR 40,953-05

40,953-05

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk

Dear Clerk of Court.                                    Oct 27th 2015

Im writing concerning the above cause of Action. I recieved notice (white card) of WR-40,953-06 as dismissed without written orders. I need to find out If the above styled cause is also dismissed? I thank you for your time in these matters. No White card or cause WR-40,953-05 as of today. 27th day of Oct 2015

I remain your humble servant

Respectfully

Ricky Stroble 1594772

Robertson Unit

12071 FM 3522

Abilene, Tx 79601